IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                                                    1:21-cr-00044-RP-SHL

THEODORE L. SNOW, III,

Defendant.

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY
## (PLEA AGREEMENT)

The United States of America and the Defendant, having both filed a written consent, appeared before me pursuant to Rule 11, Fed. R. Crim. P. and L. Cr. R. 11. The Defendant entered a plea of guilty to Count 2 of the Indictment which charged him with Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and to Count 3 of the Indictment which charged him with Possession of a Firearm in Furtherance of Drug Trafficking, in violation of Title 18, United States Code, Section 924(c)(1)(A). Defendant also agrees to forfeiture of the firearm, ammunition, and currency listed in the Indictment. After cautioning and examining Defendant under oath concerning each of the subjects addressed in Rule 11, I determined that the guilty pleas were in their entirety voluntarily, knowingly, and intelligently made and did not result from force, threats, or promises. I further determined that there is a factual basis for the guilty pleas on each of the essential elements of the offenses in question. A plea agreement was disclosed at the plea proceeding and Defendant stated he understood its terms and agreed to be bound by them. To the extent the plea agreement is of the type specified in Rule 11(c)(1)(A) or (C) Defendant was advised the district judge to whom the case is assigned may accept the plea agreement, reject it, or defer a decision whether to accept

or reject it until the judge has reviewed the presentence report as provided by Rule 11(c)(3)(A). To the extent the plea agreement is of the type specified in Rule 11(c)(1)(B) Defendant was advised by the Court that Defendant has no right to withdraw the pleas if the Court does not follow a recommendation or request in question.

I recommend that the pleas of guilty be accepted and that Defendant be adjudged guilty and have sentence imposed accordingly. A presentence report will be ordered and sentencing proceedings scheduled.

Date: 3/28/22

ROSS A. WALTERS
U.S. MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).